UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILAGROS SENIOR,

               Plaintiff,

- against -

LUTHMAN BACKLUND FOODS USA INC.,

               Defendant.

24-cv-7361 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **January 1, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
           October 1, 2024

                                      John G. Koeltl
                                   United States District Judge