UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MILAGROS SENIOR,

                    Plaintiff(s)                                        24 civ 7361 (JGK)

        -against-

LUTHMAN BLACKLUND FOODS USA, INC.,
                            Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for January 6, 2025, at 3:00pm, is canceled.

**SO ORDERED.**

                                                    _____
                                                    **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 19, 2024